No. 12–7448.  DUMAS *v.* BEARD, SECRETARY, CALIFORNIA DE-PARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 12–7460.  PERRY *v.* YELICH, SUPERINTENDENT, BARE HILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 12–7461.  MEIROVITZ *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–7467.  JOSLIN *v.* HULETT, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 12–7469.  MARSHALL *v.* KEFFER, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 12–7470.  BECKER *v.* KNIPP, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7471.  FOULK *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 12–7478.  YATES *v.* KELLY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–7479.  WASHINGTON *v.* SHOWALTER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–7480.  AMENUVOR *v.* MAZURKIEWICZ, SUPERINTEND-ENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG. C. A. 3d Cir.  Certiorari denied.

No. 12–7491.  PETERKA *v.* CREWS, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 12–7495.  TATE *v.* HARTLEY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7497.  JOHNSON *v.* WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 12–7503.  WILLIAMS *v.* MCCANN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 12–7508.  SEARCY *v.* FLORIDA DEPARTMENT OF CORREC-TIONS.  C. A. 11th Cir.  Certiorari denied.